Decided April 1, 1895.

## CRAWFORD BAKER *v.* PORTLAND CONSOLIDATED STREET RAILWAY COMPANY.

APPEAL from Multnomah: HARTWELL HURLEY, Judge.

Action for damages, and from a judgment against it the defendant appealed.

No appearance for appellant.

*Mr. J. T. Milner,* for respondent.

27 OR.—77.

PER CURIAM. The appeal herein having been abandoned, the judgment of the court below is affirmed without damages.                    .          AFFIRMED.

Decided April 1, 1895.